UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2022

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:21-CR-06042-MKD-14 |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| MOHAMMED F. AL-HIMRANI, | |
| Defendant. | **ECF No. 563** |

**BEFORE THE COURT** is Defendant's Motion to Modify Conditions of Release. ECF No. 563. Defendant specifically requests that the Court modify the condition related to bond, which requires him to post a secured bond of $100,000.00 secured by either: (a) $100,000.00 in cash deposited with the Court; or (b) a bail bond with a solvent surety. ECF No. 484 at 6. Defendant requests the Court modify this bond condition to permit Mr. Al-Himrani's brother Haider Michael Kalhan to secure the $100,000.00 bond with $10,000.00 cash posted with the clerk and the remaining $90,000.00 secured by Mr. Kalhan's home in California.

Neither the United States, nor the United States Probation/Pretrial Services Office have specifically opposed the motion. ECF No. 563 at 2 (noting defense counsel communicated with AUSA George Jacobs and USPO Linda Leavitt and both indicated they would defer to the Court on the requested modification).

ORDER - 1

The undersigned did not participate in the prior proceedings nor reviewed any transcript of the same.  Because the primary purpose of the bail reform act was both to address the default orders of detention that often occurred under the prior statute, and to focus primarily on conditions of release other than bail or its cognates, the present condition is one that the undersigned would be hesitant to impose.  That said, given the order of the prior Magistrate Judge, ECF No. 484, the prior reliance of the parties thereon, and the relatively minor deviation that the request reflects from the original condition, **IT IS HEREBY ORDERED:**

1.    Defendant's Motion to Modify Conditions of Release, **ECF No. 563**, is **GRANTED**.

2.    The Bond Release Condition (**ECF No. 484 at 6**) shall be **MODIFIED** to permit Defendant to secure a $100,000.00 security bond by posting $10,000.00 cash with the Court and securing the remaining $90,000.00 with a property bond.

3.    All other conditions of release shall remain in effect.

**IT IS SO ORDERED**.

DATED July 19, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2