FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMED F AL-HIMRANI,<br><br>Defendant. | No. 4:21-CR-06042-MKD-14<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 638** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 638).

Defendant requests that the Court modify Special Condition No. 3 and Special Condition No. 8 to allow him to seek employment opportunities beyond the dental offices owned by his brother, Mr. Kalhan.[1] ECF No. 638

The United States Attorney and the supervising United States Probation/Pretrial Services Officer have no objection to Defendant's request in this regard. *Id.*

---

[1] Special Condition No. 3 stipulates that "Defendant shall maintain employment with Mr. Kalhan or his businesses." Special Condition No. 8 stipulates that Defendant shall be subject to home detention.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 638**, is **GRANTED**.

2. **Special Condition No. 3 (ECF No. 478) is MODIFIED** in its entirety to read **as follows:**

> 3. Defendant shall maintain employment. Defendant may seek employment beyond Mr. Kalhan's businesses, subject to approval by the United States Probation/Pretrial Services Office. However, Defendant must remain employed with Mr. Kalhan's businesses until such time as he is actively working for a new employer.

3. **Special Condition No. 8 (ECF No. 478) is MODIFIED** in its entirety to read **as follows:**

> 8. Defendant shall be restricted to his residence every day from 10:00 PM to 6:00 AM.

4. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED October 21, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2