FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 03, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:21-CR-06042-MKD-14 |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO MODIFY ORDER SETTING RELEASE CONDITIONS |
| vs. | |
| MOHAMMED F. AL-HIMRANI (14), | **ECF No. 808** |
| Defendant. | |

Before the Court is Defendant Mohammad F. Al-Himrani's Motion to Modify Order Setting Release Conditions. ECF No. 808. Defendant requests that the Court modify the conditions of release to Stand Alone Monitoring of the Location Monitoring Program. ECF No. 808 at 1. The United States does not oppose the motion. The Court has reviewed the motion and the record and grants the unopposed motion.

Accordingly, **IT IS ORDERED**:

1. Defendant Mohammad F. Al-Himrani's Motion to Modify Order Setting Release Conditions, **ECF No. 808**, is **GRANTED**.

ORDER GRANTING MOTION TO MODIFY ORDER SETTING RELEASE
CONDITIONS - 1

2. The prior order setting release conditions, ECF No. 646 at 2, is modified as follows: the condition ordering curfew is removed; and the condition shall now read:

> The defendant shall comply with Stand Alone Monitoring component of Location Monitoring Program. The defendant shall be monitored by Active Global Positioning Satellite technology which shall be utilized for purposes of verifying compliance with any court imposed condition of supervision. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and provide copies of this Order to counsel and to the United States Probation Office.

DATED May 3, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO MODIFY ORDER SETTING RELEASE CONDITIONS - 2