FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:21-CR-06042-MKD-14 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| MOHAMMED F AL-HIMRANI, | ECF No. 852 |
| Defendant. | |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 852). Defendant was represented on this Motion by court-appointed attorney Stephen Hormel.

Defendant requests that the Court modify Special Condition No. 1 to allow him to reside in the Eastern District of Washington. ECF No. 852. The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's request. *Id*.

The Court, having reviewed the Motion and finding good cause therefor, **HEREBY ORDERS:**

    1.    Defendant's Motion to Modify Conditions of Release (**ECF No. 852**) is **GRANTED**.

ORDER - 1

2. **Special Condition No. 1 (ECF No. 484) is MODIFIED** in its entirety to read **as follows:**

    1. **Defendant shall remain in the Eastern District of Washington unless given permission by the United States Probation/Pretrial Services Office.**

3. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED July 31, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2