FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMMED F. AL-HIMRANI (14),<br><br>Defendant. | No. 4:21-CR-06042-MKD-14<br><br>ORDER GRANTING MOTION TO MODIFY ORDER SETTTING RELEASE CONDITIONS<br><br>**ECF No. 911** |

Before the Court is Defendant Mohammad F. Al-Himrani's (14) Motion to Modify Order Setting Release & Motion to Expedite Hearing on the Motion. ECF No. 911. Defendant Al-Himrani (14) seeks modification to his conditions of release to allow him to travel to Western Washington solely for work purposes, with notice given to his U.S. Probation Officer, but without having to obtain permission such travel. ECF No. 911 at 1.

On April 19, 2022, Magistrate Judge James P. Hutton set Defendant Al-Himrani's (14) conditions of release, ECF No. 484, and on July 31, 2023, Magistrate Judge Alexander C. Ekstrom modified his conditions of release to

ORDER GRANTING MOTION TO MODIFY ORDER SETTING RELEASE CONDITIONS - 1

permit him to reside in the Eastern District of Washington, ECF No. 858. Defendant Al-Himrani (14) represents that he has found employment as a truck driver, which will require frequent travel to Western Washington. ECF No. 911 at 2.

The United States and the United States Probation Office do not object to Defendant Al-Himrani's (14) motion. The Court has reviewed the record and the motion and finds good cause to grant the request.

Accordingly, **IT IS ORDERED:**

1. Defendant Mohammad F. Al-Himrani's (14) Motion to Modify Order Setting Release & Motion to Expedite Hearing on the Motion, **ECF No. 911**, is **GRANTED**.

2. **Special Condition No. 1**, as modified by Judge Ekstrom's Order at **ECF No. 858**, is **MODIFIED** in its entirety to read:

> **1. Defendant shall remain in the Eastern District of Washington unless given permission by the United States Probation/Pretrial Services Office; except Defendant shall be permitted to travel to the Western District of Washington solely for the purposes of employment and after providing advance notice to the United States Probation/Pretrial Services Office.**

3. All other terms and conditions not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and provide copies of this Order to counsel and to the United States Probation Office.

DATED September 26, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE
