FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMMED F. AL-HIMRANI (14),<br><br>Defendant. | No. 4:21-CR-06042-MKD-14<br><br>ORDER GRANTING MOTION TO MODIFY ORDER SETTTING RELEASE CONDITIONS<br><br>**ECF No. 1008** |

Before the Court is Defendant Mohammad F. Al-Himrani's (14) Motion to Modify Order Setting Release & Motion to Expedite Hearing on the Motion. ECF No. 1008. Defendant Al-Himrani (14) seeks modification to his conditions of release to remove the condition requiring GPS and/or electronic monitoring. ECF No. 1008 at 1.

On April 19, 2022, Magistrate Judge James P. Hutton set Defendant Al-Himrani's (14) conditions of release, ECF No. 484, and on July 31, 2023, Magistrate Judge Alexander C. Ekstrom modified his conditions of release to permit him to reside in the Eastern District of Washington, ECF No. 858.

ORDER - 1

Defendant Al-Himrani (14) argues that he has no release violations and is employed.  ECF No. 1008 at 1.  The United States, and the United States Probation Office, do not object.   The Court has reviewed the record and the motion and finds good cause to grant the request.

Accordingly, **IT IS ORDERED:**

1. Defendant Mohammad F. Al-Himrani's (14) Motion to Modify Order Setting Release & Motion to Expedite Hearing on the Motion, **ECF No. 1008**, is **GRANTED**.

2. **Special Condition No. 7** of the Special Conditions of Release, **ECF No. 484 at 9**, is **REMOVED** in its entirety:

3. All other terms and conditions not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and provide copies of this Order to counsel and to the United States Probation Office.

DATED February 16, 2024.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2