FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2025

SEAN F. McAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

### REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender: Mohammed F. Al-Himrani
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge
Docket No: 4:21CR06042-MKD-14

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Mohammed F. Al-Himrani to travel out of the country.

Respectfully submitted by,

s/Arturo Santana     02/04/2025

Arturo Santana     Date
U.S. Probation Officer

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X]  **Approves travel request**
[ ]  **Denies travel request**
[ ]  **Other**

*m. k. Dimke*

Signature of Judicial Officer

3/4/2025

Date